# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 2/17/2023    Time: 10:00 a.m.

---

Defendant: 4) Frederick Joseph Bergmann Jr.   J#: 44293-510   Case #: 22-cr-20104-Martinez(s)(s)(s)-11

AUSA: Monica Castro/Andrea Golbarg/Frank Russo/Ellen Ellenreider          Attorney: Henry Bell (CJA)

Violation: Conspiring to provide & providing material support & resources resulting in death

Proceeding: Pretrial Detention/ Arraignment          CJA Appt:

Bond/PTD Held: ☒ Yes  ☐ No          Recommended Bond: Pretrial Detention

Bond Set at:                                              Co-signed by:

- ☒ Surrender and/or do not obtain passports/travel docs
- ☒ Report to PTS as directed/or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☒ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☒ No contact with co-defendants/co-conspirators
- ☒ No firearms
- ☒ Not to encumber property (any of the 3 properties)
- ☒ May not visit transportation establishments
- ☒ Home Confinement/PTS to determine technology and/or Curfew ___ pm to ___ am, paid by PTS
- ☒ Allowances: Medical needs, court appearances, attorney visits, employment
- ☒ Travel extended to: M/D & S/D of FL
- ☐ Other:

Language: English

**Disposition:**
*Brady Order given on 2/14/23.*
Defendant Arraigned:
Reading of Indictment Waived
Not Guilty plea entered
Standing Discovery Order requested

Pretrial Detention hearing held based on risk/flight & danger/community; S/A Michael Ferlazzo/Justin Carston, FBI sworn and testified
The Court sets $1.5 million PSB cosigned by Wife (Tracy Martin) and Wife to serve as 3rd party Custodian (released)

Time from today to ___ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE    Date:        Time:        Judge:        Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:53:20/13:32:47                              Time in Court: 2 hrs