

From: ███████@s.whatsapp.net Arkangel (owner)
To: ███████@s.whatsapp.net Walter Worldwide$

**Ok**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████@s.whatsapp.net Walter Worldwide$ | 5/5/2021 7:54:42 PM(UTC+0) | 5/6/2021 2:12:46 AM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

5/5/2021 7:54:42 PM(UTC+0)

Source Extraction:
Physical
Source Info:
userdata (ExtX)/Root/data/com.whatsapp/databases/msgstore.db : 0x252924E4 (Table: messages, chat_list, Size: 650801152 bytes)
userdata (ExtX)/Root/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0x2862 (Size: 12067 bytes)
userdata (ExtX)/Root/data/com.whatsapp/databases/wa.db-wal : 0x3E599 (Table: wa_contacts, Size: 519152 bytes)



From: ███████@s.whatsapp.net Arkangel (owner)
To: ███████@s.whatsapp.net Walter Worldwide$

**Attachments:**

Size: 127482
File name: IMG-20210427-WA0029.jpg
Path: https://mmg.whatsapp.net/d/f/AnMDJv3iMNM7tz9SrgELq93Rx7_H1BsONYp3gpQRxYlj.enc
IMG-20210427-WA0029.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████@s.whatsapp.net Walter Worldwide$ | 5/6/2021 2:09:48 AM(UTC+0) | 5/6/2021 2:12:46 AM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

5/6/2021 2:09:39 AM(UTC+0)

Source Extraction:
Physical
Source Info:
userdata (ExtX)/Root/data/com.whatsapp/databases/msgstore.db : 0x25326185 (Table: messages, chat_list, Size: 650801152 bytes)
userdata (ExtX)/Root/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0x2862 (Size: 12067 bytes)
userdata (ExtX)/Root/data/com.whatsapp/databases/wa.db-wal : 0x3E599 (Table: wa_contacts, Size: 519152 bytes)
userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20210427-WA0029.jpg : (Size: 127482 bytes)

From: ▓▓▓▓▓@s.whatsapp.net Arkangel (owner)
To: ▓▓▓▓▓@s.whatsapp.net Walter Worldwide$
Attachments:



Size: 59915269
File name: VID-20210505-WA0156.mp4
Path: https://mmg.whatsapp.net/d/f/AjAWBIpmswqtLbnnHZV4bYOWbM3GaXdlw3wT_2GHb05J.enc
VID-20210505-WA0156.mp4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓@s.whatsapp.net Walter Worldwide$ | 5/6/2021 2:12:20 AM(UTC+0) | 5/6/2021 2:12:46 AM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

5/6/2021 2:09:39 AM(UTC+0)

Source Extraction:
Physical
Source Info:
userdata (ExtX)/Root/data/com.whatsapp/databases/msgstore.db : 0xDFF48CC (Table: messages, chat_list, Size: 650801152 bytes)
userdata (ExtX)/Root/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0x2862 (Size: 12067 bytes)
userdata (ExtX)/Root/data/com.whatsapp/databases/wa.db-wal : 0x3E599 (Table: wa_contacts, Size: 519152 bytes)
userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Video/Sent/V D-20210505-WA0156.mp4 :  (Size: 59915269 bytes)

From: ▓▓▓▓▓@s.whatsapp.net Arkangel (owner)
**Outgoing Call**

5/6/2021 11:47:16 PM(UTC+0)

Source Extraction:
Physical
Source Info:
userdata (ExtX)/Root/data/com.whatsapp/databases/msgstore.db : 0x252C725F (Table: call_log, Size: 650801152 bytes)
userdata (ExtX)/Root/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0x2862 (Size: 12067 bytes)

↪ Forwarded

From: ▓▓▓▓▓@s.whatsapp.net Arkangel (owner)
To: ▓▓▓▓▓@s.whatsapp.net Walter Worldwide$

Tienen que entrar a este link que me pasaron de la Ofc de Scott. Alli les piden los datos etc y les cuadran la cita

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓@s.whatsapp.net Walter Worldwide$ | 5/6/2021 11:49:38 PM(UTC+0) | 5/6/2021 11:50:12 PM(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

5/6/2021 11:49:37 PM(UTC+0)

Source Extraction:
Physical
Source Info:
userdata (ExtX)/Root/data/com.whatsapp/databases/msgstore.db : 0x25465C9C (Table: messages, chat_list, Size: 650801152 bytes)
userdata (ExtX)/Root/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0x2862 (Size: 12067 bytes)
userdata (ExtX)/Root/data/com.whatsapp/databases/wa.db-wal : 0x3E599 (Table: wa_contacts, Size: 519152 bytes)

47