# MINUTE ORDER

Page 2

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 4/14/2023    Time: 2:00 p.m.

Defendant: FREDERICK JOSEPH BERGMANN, JR.   J#: 44293-510   Case #: 22-CR-20104-MARTINEZ
AUSA: Andrea Goldberg                         Attorney: CJA-HENRY PHILIP BELL  Armando Rosquette
Violation: PRETRIAL SERVICES VIOLATION PETITION          Surr/Arrest Date: 4/13/2023   YOB: 1958

Proceeding: Initial Appearance                           CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at: /                                           Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs    Language: English
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- ☐ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Disposition:
- Deft sworn
- Deft advised of rights & charges
- All further proceedings re: Bond / show cause to be set before Magistrate Judge Louis

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:06:54 // 14:17:30 // 14:29:14       Time in Court: 10 minutes

s/Lisette Marie Reid                                 Magistrate Judge