# COURT MINUTES

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**   Date: 4/18/23   Time: 11:00 a.m.

Defendant: _Frederick Joseph Bergmann, Jr._ J#: 44293-510  Case #: _22-cr-20104-Martinez_

AUSA: _Andrea Goldbarg/Monica Castro_   Attorney: _Henry Bell (CJA)_

Violation: _Conspiracy to Commit Offenses Against the U.S.; Smuggling goods from the U.S._

Proceeding: Bond Hearing re: Revocation of Pretrial Release   CJA Appt: _____

Bond/PTD Held: ⌒ Yes  ⌒ No   Recommended Bond: _____

Bond Set at: _$1,500,000.00 Psb_   Co-signed by: _____

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: _English_ |
| ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | **Disposition:** |
| ☑ *Random urine testing by Pretrial Services Treatment as deemed necessary* | ***Bond Hearing held; USPO Jason Roberts present; USPO Kari Murray (Tampa) (on telephone);*** |
| ☑ *Refrain or abstain from use of alcohol* | |
| ☑ *Participate in mental health assessment & treatment at Doctor's Recommendation* | ***The Court Orders Defendant released on the previously imposed bond of $1,500,000.00 Psb (no additional bond paperwork was executed)*** |
| ☐ Maintain or seek full-time employment/education | |
| ☐ No contact with victims/witnesses | |
| ☐ No firearms | |
| ☐ Not to encumber property | |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | Time from today to _____ excluded from Speedy Trial Clock |
| ☐ Travel extended to: _____ | |
| ☑ *Other: Comply w/all existing conditions of Pretrial Release* | |

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. _11:04:01_   Time in Court: _2 hrs. 30 mins_