**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA,**

**v.**

**ARCANGEL PRETEL ORTIZ,**
**ANTONIO INTRIAGO,**
**WALTER VEINTEMILLA,**
**CHRISTIAN SANON,**
**JAMES SOLAGES,**
**JOSEPH JOEL JOHN,**
**JOSEPH VINCENT,**
**GERMAN ALEJANDRO RIVERA GARCIA,**
**RODOLPHE JAAR,**
**MARIO ANTONIO PALACIOS PALACIOS,**
**and**
**FREDERICK JOSEPH BERGMANN, JR.,**

        **Defendants.**

_____/

## NOTICE OF APPEARANCE

      Undersigned counsel hereby files this Notice of Appearance as a counsel of record for the

United States of America in this cause.

                            Respectfully submitted,

                            HAYDEN P. O'BYRNE
                            UNITED STATES ATTORNEY

BY:    *s/ Sean T. McLaughlin*_____
                            SEAN T. MCLAUGHLIN
                            ASSISTANT UNITED STATES ATTORNEY
                            Court ID No. A5501121
                            11200 NW 20th Street, Suite 101
                            Miami, FL 33172
                            (305) 715-7642/7654
                            Email: Sean.McLaughlin@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on January 28, 2025, I electronically filed the foregoing

document with the Clerk of the Court and counsel of record using CM/ECF.


*/s Sean T. McLaughlin*
SEAN T. McLAUGHLIN
Assistant United States Attorney

3