UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

v.

**ARCANGEL PRETEL ORTIZ, et al.,**

    **Defendants.**

_____/

**UNITED STATES' NOTICE REGARDING
COMPLIANCE WITH RULE 15 DEPOSITION ORDER**

The United States hereby provides an update on the progress made in furtherance of the Court's May 22, 2025, order, which granted, in part, the Defendants' motion to take the Rule 15 video depositions of Naiser Franco Castaneda, Juan Carlos Yepes Clavijo, Victor Albeiro Pineda Cardona, Carlos Giovanni Guerrero Torres, and Edwin Blanquicet. (DE 1088).

The same day as the May 19, 2025, hearing, during which the Court orally granted, in part, the Defendants' Rule 15 motion, the government trial team began notifying the necessary U.S. government personnel about the Court's order, which culminated in the preparation of a diplomatic note for transmission to Haiti. While the government trial team provided input on the contents of the diplomatic note, including the general parameters of the ordered video depositions (*i.e.*, names of deponents, time frame, and necessary logistics) the note itself was prepared by U.S. State Department personnel. The diplomatic note was finalized, translated, and transmitted to the Haitian government on May 30, 2025. As of today, the U.S. government has not yet received a response from the Haitian government.

[No further information on this page.]

The government trial team will continue to provide relevant updates as it works to comply with the Court's order.

Respectfully submitted,

HAYDEN P. O'BYRNE  
United States Attorney

SUE J. BAI  
Supervisory Official for the National Security Division

By: */s Sean T. McLaughlin*  
Sean T. McLaughlin  
Assistant United States Attorney  
Court ID No. A5501121  
11200 NW 20th Street, Suite 101  
Miami, FL 33172  
(305) 715-7642/7654  
Sean.McLaughlin@usdoj.gov

*/s Jason Wu*  
Jason Wu  
Assistant United States Attorney  
ID No. A5502299  
99 NE 4th Street  
Miami, FL 33132  
(305) 961-9226  
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*  
Altanese Phenelus  
Assistant United States Attorney  
FL Bar No. 112693  
99 N.E. 4th Street  
Miami, FL 33132  
(305) 961-9375  
altanese.phenelus@usdoj.gov

*/s Andrew Briggs*  
Andrew Briggs  
Trial Attorney  
Court ID No. A5503251  
National Security Division – Department of Justice  
950 Pennsylvania Avenue  
Washington, DC 20530  
(202) 514-7739  
Andrew.Briggs2@usdoj.gov

## Certificate of Service

I hereby certify that on June 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

/s *Andrew Briggs*
Andrew Briggs
Trial Attorney